E-FILED
Monday, 27 January, 2020  02:04:27 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| WYLESHA AYRES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-cv-2148 |
| | ) | |
| SHERIFF DEPUTIES CORY CHRISTENSEN, CODY FLOYD, CHAMPAIGN COUNTY SHERIFF'S OFFICE, and CHAMPAIGN COUNTY, ILLINOIS, | ) ) ) ) ) ) | Magistrate Judge Eric I. Long |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**

**TO:** Champaign County Sheriff's Office
c/o Keith E. Fruehling, Bryan J. Vayr
HEYL, ROYSTER, VOELKER & ALLEN
301 N. Neil St. - Suite 505
P.O. Box 1190
Champaign, IL 61820
kfruehling@heylroyster.com, bvayr@heylroyster.com

YOU ARE HEREBY NOTIFIED that pursuant to Fed. R. Civ. Pro. 30(b)(6) the undersigned wishes to depose a representative of the Champaign County Sheriff's Office ("Defendant") competent and authorized to bind and testify on behalf of Defendant regarding its written and unwritten policies, practices, and training during the time period of May 8, 2019 to the present day that govern situations where a male employee of Defendant deems it necessary to search the physical body of a female citizen, including but not limited to the factual predicate necessary for such a search, the mechanics of how such a search is to be conducted, by whom, and how such a search must be documented.

This deposition shall take place on February 5, 2020 at 10:00 a.m. before a certified court reporter at Area Wide Reporting Service, 301 W. White, Champaign, IL 61820. Any documents that Defendant's corporate representative may rely in support of his or her testimony pursuant to this notice should be produced to counsel for plaintiff no later than one week before the deposition.

DATED: January 2, 2020

Respectfully submitted,
/s/ *Shneur Nathan*
Shneur Nathan

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above and foregoing **NOTICE OF DEPOSITION** was served on the following parties, via electronic mail, on **January 2, 2020**.

Keith E. Fruehling
Heyl, Royster, Voelker & Allen
301 N. Neil St., Suite 5050
P.O. Box 1190
Champaign, IL 61824-1190
(217) 344-0060
kfruehling@heylroyster.com

Brian Vayr
Heyl, Royster, Voelker & Allen
301 N. Neil St., Suite 5050
P.O. Box 1190
Champaign, IL 61824-1190
(217) 344-0060
bvayr@heylroyster.com

/s/ *Shneur Nathan*
Shneur Nathan

Shneur Z. Nathan
Avi T. Kamionski
Natalie Adeeyo
Matthew Mc Carter
**NATHAN & KAMIONSKI LLP**
33 W. Monroe St., Suite 1830
Chicago IL  60603
312-612-1955