5590-21
KEF/tlp

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WYLESHA AYRES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:  19-2148 |
| | ) | |
| SHERIFF DEPUTIES CORY CHRISTENSEN and CODY FLOYD, CHAMPAIGN COUNTY SHERIFF'S OFFICE, and CHAMPAIGN COUNTY, ILLINOIS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT LIST FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| | | |
|---|---|---|
| | Exhibit A | Body Camera Footage: Christensen |
| | Exhibit B | Body Camera Footage: Floyd |
| | Exhibit C | Deposition: Christensen |
| | Exhibit D | Deposition: Floyd |
| | Exhibit E | Deposition: Ayres |
| | Exhibit F | Deposition: Graham |
| | Exhibit G | Deposition: Cook |
| | Exhibit H | Declaration of Christensen |
| | Exhibit I | Plaintiff's Discovery Responses |

          Respectfully submitted,

          CORY CHRISTENSEN, CHAMPAIGN COUNTY, ILLINOIS, the CHAMPAIGN COUNTY SHERIFF'S OFFICE, and CODY FLOYD, Defendants

          BY: s/Keith E. Fruehling
          Keith E. Fruehling, ARDC #: 6216098
          HEYL, ROYSTER, VOELKER & ALLEN
          Suite 505, 301 N. Neil Street
          Champaign, IL 61820
          Telephone 217.344.0060
          Email: kfruehling@heylroyster.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, I electronically filed the foregoing DEFENDANTS' EXHIBIT LIST TO MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system, which will send notification to:

Shneur Z. Nathan – snathan@nklawllp.com
Avi Kamionski – akamionski@nklawllp.com
Natalie Adeeyo – nadeeyo@nklawllp.com
Matthew J. Mc Carter – mmccarter@nklawllp.com; amanda@nklawllp.com; jalcala@nklawllp.com
Nathan & Kamionski, LLP
33 W. Monroe, Suite 1830
Chicago, IL 60603

Ms. Barbara J. Mann – bmann@co.champaign.il.us
Julia R. Rietz, Champaign County State's Attorney
101 E. Main St.
Urbana, IL 61801

I also hereby certify that I have mailed by United States Postal Service the above-referenced document to the following non-CM/ECF participant: None.

          BY: s/Keith E. Fruehling
          Heyl, Royster, Voelker & Allen

38686957_1