Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Wylesha Ayres**   )   )  **Plaintiff,**   )   )  vs.   )   )  **Sheriff's Deputies Cory Christensen**   )  **and Cody Floyd, Champaign County**   )  **Sheriff's Office, and Champaign**   )  **County, Illinois**   )   )  **Defendant.**   ) | Case Number: 19-cv-2148 |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the Defendant and against the Plaintiff on Counts I and II.   The remaining counts are dismissed without prejudice.

**Dated: 5/10/2021**

                                      s/ Shig Yasunaga
                                      Shig Yasunaga
                                      Clerk, U.S. District Court